UNITED STATES ex rel. SMITH v. WILLIAMS, Judge pro tem. (Circuit Court of Appeals, Eighth Circuit, May 23, 1898.) No. 8, Original. Thomas G. Frost, for relator. Dismissed, with costs, on motion of relator.

VERITY v. R. W. BELL MFG. CO. (Circuit Court of Appeals, Second Circuit. February 23, 1897.) No. 26. In Error to the Circuit Court of the United States for the Southern District of New York. Martin J. Keogh, for plaintiff in error. Page & Taft, for defendant in error. No opinion. Affirmed.

THE WADENA. (Circuit Court of Appeals, Second Circuit. March 18, 1897.) No. 111. Appeal from the District Court of the United States for the Southern District of New York. Goodrich, Deady & Goodrich, for appellant. Alexander Tison, for appellee Barney McCann. No opinion. Affirmed.

WALSH v. 382,000 FEET OF YELLOW PINE SAWN LUMBER. (Circuit Court of Appeals, Second Circuit. November 5, 1896.) No. 1. Appeal from the District Court of the United States for the Eastern District of New York. Goodrich, Deady & Goodrich, for appellant. Parsons, Shepard & Ogden, for appellees. Dismissed.

WALWORTH MFG. CO. v. LYONS. (Circuit Court of Appeals, Second Circuit. May 27, 1897.) In Error to the Circuit Court of the United States for the Southern District of New York. Eugene L. Richards, Jr., for plaintiff in error. Hutchinson & Newhouse, for defendant in error. Dismissed on consent.

WHEELING BRIDGE & TERMINAL RY. CO. v. FRANZHEIM. (Circuit Court of Appeals, Fourth Circuit. June 28, 1898.) No. 277. In Error to the Circuit Court of the United States for the District of West Virginia. Henry M. Russell, for defendant in error. Dismissed, pursuant to the sixteenth rule, on motion of defendant in error.

WINTER v. KNOTT. (Circuit Court of Appeals, Second Circuit, May 27, 1897.) No. 129. Appeal from the District Court of the United States for the Southern District of New York. Convers & Kirlin, for appellant. Butler, Notman, Joline & Mynderse, for appellee. No opinion. Affirmed.

WOODRUFF et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 1, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Stephen G. Clarke, for appellants. Wallace Macfarlane, U. S. Atty. Dismissed, pursuant to the sixteenth rule, for failure to docket.